*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, McCONNELL, and RUSSELL,
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Alexander R. MARSHALL**
Mineman Second Class (E-5), U.S. Navy
Appellant

**No. 201900251**

Decided: 30 October 30, 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Commander Derek D. Butler, JAGC, USN. Sentence adjudged 12 July 2019 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 45 days,[1] and a bad-conduct discharge.

For Appellant: Lieutenant Colonel Michael D. Berry, USMCR.

For Appellee: Brian K. Keller, Esq.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

---

[1] The Convening Authority suspended the bad-conduct discharge pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court